**Order entered January 31, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01102-CV

### CONTINENTAL INTERMODAL GROUP- SOUTH TEXAS, L.L.C., JONATHAN GREEN AND CONTINENTAL INTERMODAL GROUP G.P., L.L.C., Appellants

### V.

### ELOY P. GARCIA AND BALCONES MUSTER, INC., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07993**

## ORDER

Before the Court is official court reporter Antionette Reagor's January 27, 2017 third request for an extension of time to file the reporter's record. The reporter's record in this appeal was originally due October 18, 2016. Ms. Reagor's request is **DENIED.**

This appeal cannot proceed until the reporter's record is filed. Accordingly, this Court **ORDERS** Ms. Reagor to file the reporter's record in this appeal within **SEVEN DAYS** from the date of this order. Should Ms. Reagor fail to do so, the Court will utilize its available remedies which include abating the appeal for a hearing in the trial court or ordering that Ms. Reagor not sit until the reporter's record is filed.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following persons:

Honorable Martin Hoffman
Presiding Judge
68th Judicial District Court

Antoinette Reagor
Official Court Reporter
68th Judicial District Court

All parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE